

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2024 JUL 19 P 1:58

CAROL L. MICHEL
CLERK

24-00168
SECT. L MAG. 2

**FELONY**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** |
| v. | * | **SECTION:** |
| **DJOHN BRYANT** | * | **VIOLATIONS:** 21 U.S.C. § 841(a)(1) |
| | | 21 U.S.C. § 841(b)(1)(C) |
| | * | 21 U.S.C. § 841(b)(1)(D) |
| | | 18 U.S.C. § 924(c)(1)(A)(i) |
| | * | 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 924(a)(8) |
| * * * | | |

The Grand Jury charges that:

### COUNT 1
**(Possession with Intent to Distribute Controlled Substances)**

On or about February 2, 2024, in the Eastern District of Louisiana, the defendant, **DJOHN BRYANT**, knowingly and intentionally possessed with the intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine; a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl); a quantity of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers; a quantity of a mixture or substance

___Fee_____USA_____
✓_Process_____
X_Dktd_____
___CtRmDep_____
___Doc.No._____

containing a detectable amount of oxycodone, and a quantity of a mixture or substance containing a detectable amount of tapentadol, all Schedule II controlled substances; as well as a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 841(b)(1)(D).

## COUNT 2
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about February 2, 2024, in the Eastern District of Louisiana, the defendant, **DJOHN BRYANT**, did knowingly possess a firearm, that is, a Glock Model 27, .40 caliber handgun, bearing serial number BVAU119, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances as charged in Count 1, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3
### (Felon in Possession of a Firearm)

On or about February 2, 2024, in the Eastern District of Louisiana, the defendant, **DJOHN BRYANT**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on June 30, 2017, in Orleans Parish Criminal District Court, Case Number 531089, for four counts of Aggravated Assault with a Firearm, in violation of Louisiana Revised Statute 14:37.4, did knowingly possess a firearm, to wit: a Glock Model 27, .40 caliber handgun, bearing serial number BVAU119, said firearm having been in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 3 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **DJOHN BRYANT**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained, directly or indirectly, as the result of said offense, and any property, used or intended to be used, in any manner or part, to commit or to facilitate the commission of said offense, including but not limited to the following property:

$161.00 in United States currency.

3. As a result of the offenses alleged in Counts 2 and 3, the defendant, **DJOHN BRYANT**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any of the following:

Glock Model 27, .40 caliber handgun, bearing serial number BVAU119, with a .40 caliber magazine, and sixteen (16) live rounds of ammunition.

4. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

JAMES N. OLLINGER
Special Assistant United States Attorney

New Orleans, Louisiana
July 19, 2024

4

FORM OBD-34
No. _____

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____Louisiana_____

_____Criminal_____ Division

## THE UNITED STATES OF AMERICA

vs.

## DJOHN BRYANT

# INDICTMENT

### INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT

VIOLATIONS:
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 841(b)(1)(D)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

A true bill ▮▮▮▮▮

Filed in open court this _____ day of _____ A.D. 2024.

_____ Clerk

Bail, $ _____

JAMES N. OLLINGER
Special Assistant United States Attorney